IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**FREDERICK LEWIS YOUNG, III**
**ADC # 107979**                                                                                              **PLAINTIFF**

v.                    Case No.  5:15-cv-00118 KGB/JTK

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                                        **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that plaintiff Frederick Lewis Young's petition for a writ of *habeas corpus* be dismissed with prejudice. The relief requested is denied.  The Court denies issuance of a certificate of appealability.

It is so adjudged this the 18th day of July, 2017.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge